**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                  CASE NO. 8:10CR400-T-EAK-TGW

JOVER TORRES-RIVAS
_____/

**ORDER**

       This cause comes before the Court on notice from the Office of the Federal Defender that it has satisfied the requirements set forth in the Court's *Omnibus Order In Re: Amendment 782, United States Sentencing Guidelines*, 6:14-MC-78-ORL-22 ("Omnibus Order"), and notification that the office will not be filing a Motion for Sentence Reduction under Amendment 782 on behalf of Defendant Torres-Rivas as to the retroactive application of revised sentencing guidelines (Doc. 145). The Defendant in this case has filed his own motion and memorandum in support of a reduction in sentence under Amendment 782. The Court will allow the Defendant to file a further motion requesting a reduction before it determines the matter. Accordingly, it is.

       **ORDERED** that defendant has up to and including April 29, 2016 to file a motion and memorandum in support of his contention that his sentence should be reduced. The government is directed to file a response to any filings within thirty days of the date of any filing from the defendant. The Court will rule on the issue as soon as possible after that date. The Federal Defender is withdrawn from this matter.

       **DONE AND ORDERED** in Chambers in Tampa, Florida this 1st day of March, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record